John W. Hanna, Doing Busin essas Hanna & Company, Respondent, v. John C. Thompson, Appellant.— Motion for reargument of the motion to dismiss

appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 1.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 3.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 4.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 5.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 6.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 7.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 8.) — Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion to dismiss appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph H. Harkow, Respondent, v. New York City Railway Company, Appellant. (Action No. 23.) — Motion to dismiss appeal granted, with costs,